IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMAD DAWOOD ALOKOZAY | 4:25-MJ- 730<br><br>**Filed Under Seal** |

WARRANT FOR ARREST

**TO:**  The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest MOHAMMAD DAWOOD ALOKOZAY and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with Transmitting a Threatening Communication in Interstate Commerce in violation of 18 U.S.C. § 875(c).

_/s/ Hal R. Ray, Jr._
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the  30th  day of  November , 2025.

---

**RETURN**

---

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |