IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMAD DAWOOD ALOKOZAY<br>(01) | NO. 4:25-MJ-730-BP |

## GOVERNMENT'S MOTION TO FILE COMPLAINT UNSEALED

The government moves and respectfully asks the Court to file the criminal complaint in the above-captioned case unsealed.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Vincent J. Mazzurco*
VINCENT J. MAZZURCO
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: 214-659-8600
Fax: 214-659-8805
Email: vincent.mazzurco@usdoj.gov